# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Norman Williams

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Fastenal + Federal Government + State of Kansas

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 2:22-CV-02097-TC-ADM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

FILED
U.S. District Court
District of Kansas

MAR 14 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Norman Williams
Address: 5925 Cernech Rd.
Kansas City, KS 66104
County: Wyandotte County
Telephone Number: (913) 428-6180
E-Mail Address: easymeezy89@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Federal Government United States
Job or Title (if known):
Address:
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

**Defendant No. 2**
Name: Fastenal
Job or Title (if known):
Address: 2001 Theurer Blvd,
Winona, MN 55987
County:
Telephone Number: (507) 454-5374
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 3
   Name                              ~~[scribbled out]~~
   Job or Title *(if known)*
   Address

                                     City          State          Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
   Name                              State of Kansas
   Job or Title *(if known)*
   Address

                                     City          State          Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   [ ] Individual capacity    [✓] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [✓] Federal officials (a *Bivens* claim)

   [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   Amendment XIV or 14

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?   Bill of Rights 8th Amendment #8 Freedom from cruel and unusual punishments. 5th Amendment ~~[blacked out]~~, ~~[scribbled out]~~, 13th Amendment. 6th Amendment. 4th Amendment. 1st Amendment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. ~~[redacted]~~ Fastenal basically put me in the most undesirable work conditions everyday at work. ~~[redacted]~~ Fastenal placed a quota on my production. The quota was insane when paired with the workload I was given each day. ~~[redacted]~~ I was constantly reminded of these quotes.

III. **Statement of Claim**

Fastenal is funded by the federal government. I'm assuming that's why he couldn't tell me why they were treating me unfairly

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

at Fastenal Edwardsville, KS

B. What date and approximate time did the events giving rise to your claim(s) occur?

From Jan 15th 2021 - Jan ~~[redacted]~~ 7th 2022 excluding days that I was not scheduled to work or days where I did not come in to work.

11pm - 6am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was forced to put my body through excrutiating pain in order to maintain employment. ~~[redacted]~~ Hate crimes. Brain Damage occurred because I couldn't wrap my head around why this was happening to me. So I had anxiety and still suffer from it occassionally. Any person ~~[redacted]~~ body working in the time frame that I've put in ~~[redacted]~~ B. above would've seen what happened if they were near the area where I was working.



Next section

C. is continued on reversed side of this page

I was toting the heaviest boxes nearly everyday of my employment there. There was a quota required of me. The workload and undesirable work conditions made it impossible to receive a good rating on my reviews when they came up. I am a hard worker and love to do a good job. It was to no avail at Fastenal. My performance was strategically sabotaged and my morale, pride, + well-being were theoritically trampled on. My supervisor Corey placed me in undesirable work conditions for the totality of my employment there. When I inquired about the workload I was simply told "this is all I got for you". I was making $15.00 hourly so it was difficult for me to just walk out. The income was helping maintain my life. I've complained to my supervisor and Department Manager several times. Nothing ever came of it.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained back injury. The pain from that no longer exist. My right groin ~~area~~ area was injured. It only hints a faint little pain from now and then. I was able to self treat those injuries ~~~~ back, shoulders, and groin with stretching and by not working there any more. It's March now. I stopped working there in January. ~~that~~ time provided much relief. I sustained ~~~~~~~~~~~~~~~~ little bit of brain damage. I don't know what treatment I needed. But I do know that I've been treating myself and I've been getting better.

Anxiety, Dizziness

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to review the video footage of the timeframe I spoke about earlier. I want the court to understand the magnitude and gravity of these allegations. I want the court to not take action against people involved, unless it keeps me from being paid. I want the court to understand that I believe the system of tactics is responsible for all of these happenings. I'm guessing that the people were only trying to do their jobs to the best of their ability. I want the court to understand that I'm a devote God fearing Christian, and my religion is preventing me from pointing fingers at my fellow brothers and sisters under God. I am also a sinner, who is tired of being bullied, a man seeking revenge in a law abiding way. I'm requesting $1/2 million (US Dollars) in actual damages of pain and suffering of me and my family. This is under the basis that Fasteral's actions resulted in me sometimes being too worn out, or depressed, or confused, or delirius to successfully manage my household as strong leader at times. Producing an unhealthy environment

(margin notes:)
I'm also requesting a negotiable amount of $1/2 million US dollars in punitive damages.

Negotiable

Section
Relief
continued on reverse

V. Relief (continued)

Fastenal is a Federal government funded company or organization. I believe the Emancipation Proclamation is the basis for both claims. Also the 13th Amendment is basis for both claims. Fastenal is located in Edwardsville, KS so I'm believing the 14th Amendment is also a basis for these claims. But since it's funded by the Federal government I'm not sure if the state that I was employed at Fastenal has anything to do with its functions.

If I am awarded and Kansas is liable for any damages I am only seeking $1million in punitive damages from the state of Kansas. The request from Fastenal and The Federal Government remain the same.

$12 million US dollars for actual damages — slightly negotiable

$12 million US dollars for punitive — slightly negotiable

I want the court to grant immunity to any and all persons working under Federal, State, or Local officials. As well as the officials in charge.

I want the court to force these ~~xxxxx~~ defendants to pay without having trial. The trial and time leading up to it will produce more anxiety and depression as I wait. I want the court to show mercy on the involved. As well as meet my demands in the

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-14-2022

(913) 428-6180

Signature of Plaintiff

Printed Name of Plaintiff: Norman Lee Williams
5925 cernech rd.
Kansas City, KS
66104

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____ City _____ State _____ Zip Code
Telephone Number _____
E-mail Address _____